

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00021-CV

| | | |
|---|---|---|
| $2,442.00 CURRENT MONEY OF THE UNITED STATES, Appellant | § | On Appeal from the 362nd District Court |
| | § | |
| | | of Denton County (18-8118-362) |
| V. | § | |
| | | July 25, 2019 |
| | § | |
| THE STATE OF TEXAS, Appellee | | Opinion by Justice Birdwell |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant James Crowder Jr. shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Wade Birdwell_____
       Justice Wade Birdwell